IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. WEDGEWORTH,

    Petitioner,           No. CIV S-07-1131 FCD DAD P

    vs.

SALINAS VALLEY STATE PRISON, et al.,

    Respondents.       ORDER

/

    Petitioner, a state prisoner incarcerated at the California Medical Facility, is proceeding pro se and has filed a petition for a writ of habeas corpus. It appears that the petition was filed with the U.S. Court of Appeals for the Ninth Circuit and transferred to this court. Petitioner's claims are difficult to determine. He alleges in part:

> On or about Feb. 26, 2007 above was charged by the Mental Health Dept. (CMF) with several charges: assault: shouting: not reporting to: work, School, & peculiar behavior toward a classmate Dec. 06. Petitioner thus for pray the court for junctive [sic] relief to: show cause
>
> . . . .
>
> On 2-1-06 (enclosed) above was placed at: C.C.CM.S. & told to complete 1-yr infraction free to be returned to main population. said completed this requirement & told by HD of Mental Health Docor [sic] James & Fikstad we will look in to the matter with I.D.D. T

(Petition at 3-4.)

1

1       The court is unable to determine the nature of petitioner's claim and whether
2  petitioner is challenging a conviction, a disciplinary action, or some other action.  Therefore, the
3  court will dismiss the petition and grant petitioner leave to file an amended petition using the
4  form provided by the court.  Petitioner is advised that a habeas action is proper when a prisoner
5  challenges the fact or duration of his custody and a determination of the action may result in the
6  prisoner's entitlement to an earlier release.  See Preiser v. Rodriguez, 411 U.S. 475 (1973);
7  Young v. Kenny, 907 F.2d 874 (9th Cir. 1990).

8       Petitioner is also advised that the exhaustion of state court remedies is a
9  prerequisite to the granting of a petition for a writ of habeas corpus.  See 28 U.S.C. § 2254(b)(1).
10 A petitioner satisfies the exhaustion requirement by fairly presenting to the highest state court all
11 federal claims before presenting them to the federal court.  See Duncan v. Henry, 513 U.S. 364,
12 365 (1995) (per curiam); Picard v. Connor, 404 U.S. 270, 276 (1971); Crotts v. Smith, 73 F.3d
13 861, 865 (9th Cir. 1996); Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir. 1986).  One of
14 petitioner's attachments to his petition is a letter from the Solano County Superior Court, dated
15 January 11, 2007.  The letter confirms that petitioner's state habeas petition was filed with the
16 Superior Court on that date.  There is no indication that petitioner submitted his claims to the
17 California Supreme Court.  Thus, it appears that petitioner's federal petition may have been filed
18 before he exhausted state court remedies.  Petitioner must clarify in his amended petition what
19 claims were presented to each state court.

20      Lastly, petitioner has not submitted the filing fee or filed an application requesting
21 leave to proceed in forma pauperis.  He will be order to do so.

22      Accordingly, IT IS ORDERED that:
23      1. Petitioner's petition is dismissed;
24      2. Petitioner is granted thirty days from the date of service of this order to file an
25 amended petition that complies with the requirements of the Federal Rules of Civil Procedure;
26 the amended petition must bear the docket number assigned this case and must be labeled

"Amended Petition;" petitioner must use the form petition provided by the court and answer each question on the form; petitioner must file an original and one copy of the amended petition;

      3. Within thirty days form the date of service of this order, petitioner must either pay the $5.00 filing fee or file an application requesting leave to proceed in forma pauperis;

      4. Petitioner's failure to comply with this order will result in the dismissal of this action; and

      5. The Clerk of the Court is directed to provide petitioner with the court's form petition for writ of habeas corpus by a state prisoner and an application requesting leave to proceed in forma pauperis.

DATED: July 26, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wedg1131.9