IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. WEDGEWORTH,

    Petitioner,                    No. CIV S-07-1131 FCD DAD P

    vs.

SALINAS VALLEY STATE PRISON, et al.,

    Respondents.               ORDER

/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed objections to the court's February 21, 2008 findings and recommendations, recommending that this action be dismissed due to petitioner's failure to comply with the court's July 27, 2007 order. In that order, the court dismissed petitioner's habeas petition and ordered petitioner to file an amended petition using the court's form petition. The court will grant petitioner additional time to file his amended petition; however, should petitioner fail to do so, the court will forward the pending findings and recommendations to the assigned district judge for his consideration and review.

/////

/////

1

1          Accordingly, IT IS HEREBY ORDERED that within fifteen days from the service
2  of this order, petitioner shall file his amended petition as directed in the court's July 27, 2007
3  order.  Petitioner failure to comply with this order will result in the dismissal of this action.
4  DATED: March 24, 2008.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wed1131.ext