IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. WEDGEWORTH,

    Petitioner,                    No. CIV S-07-1131 FCD DAD P

    vs.

SALINAS VALLEY STATE PRISON, et al.,

    Respondents.              ORDER

                            /

        On July 27, 2007, petitioner was ordered to file an amended petition for a writ of habeas corpus. Although petitioner subsequently filed several documents with the court, including a document titled, "Amended Petition," no properly completed petition was received by the court. Therefore, on August 21, 2008, the court filed findings and recommendations recommending that this action be dismissed due to petitioner's failure to comply with the court's July 27, 2007 order. Petitioner filed objections to those findings and recommendations on March 17, 2008. In response to his objections, on March 25, 2008, the court granted petitioner an additional fifteen days to file a properly completed amended petition. Petitioner now requests an additional thirty days to file his amended petition. Petitioner will be provided one final extension of time for this purpose.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's May 6, 2008 request for an extension of time to file his amended petition is granted;

2. Within thirty days from the service of this order, petitioner shall file his amended petition pursuant to the court's July 27, 2007 order using the form petition provided by the Clerk of the Court; no further extensions will be granted;

3. Should petitioner fail to comply with this order, the February 21, 2008 findings and recommendations will be submitted to the assigned United States District Judge; and

4. The Clerk of the Court is directed to provide petitioner with the court's form petition for a writ of habeas corpus by a state prisoner.

DATED: May 14, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wedg1131.111