IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. WEDGEWORTH,

    Petitioner,                  No. CIV S-07-1131 FCD DAD P

    vs.

SALINAS VALLEY STATE PRISON, et al.,

    Respondents.          ORDER
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 21, 2008, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. On March 17, 2008, petitioner filed objections to the findings and recommendations. On March 25, 2008, the court granted petitioner an additional fifteen days to file an amended petition and cautioned that failure to do so would result in the dismissal of this action. The time period has now expired and petitioner has not filed an amended petition and has not filed further objections to the findings and recommendations.

1

1  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations filed February 21, 2008, are adopted in full; and

  2. This action is dismissed due to petitioner's failure to file an amended petition.

DATED: May 20, 2008.

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE