1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    CHARLES T. WEDGWORTH,

11              Petitioner,                No. CIV S-07-1131 FCD DAD P

12        vs.

13    SALINAS VALLEY STATE PRISON,
      et al.,
14
              Respondents.               ORDER
15
      _____/
16

17              Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  On May 20, 2008, judgment was entered dismissing this

19    action.  This judgment was entered in error.  On May 14, 2008, the assigned Magistrate Judge

20    had granted petitioner a thirty day extension of time to file an amended petition.  The period of

21    time provided by the Magistrate Judge to petitioner for the filing of the amended petition had not

22    expired when judgement was entered.

23              Accordingly, IT IS HEREBY ORDERED that:

24              1.  The judgment entered on May 20, 2008 is vacated;

25              2.  The Clerk of the Court is directed to reopen this action; and

26    /////

1

3.  Within thirty days from the date of this order, petitioner shall file his amended petition as directed by the Magistrate Judge in his order filed on May 14, 2008.

DATED: June 23, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2