IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. WEDGEWORTH,

    Petitioner,                   No. CIV S-07-1131 FCD DAD P

    vs.

SALINAS VALLEY STATE PRISON, et al.,

    Respondents.              <u>ORDER</u>

                                      /

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On September 8, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any

/////

/////

/////

/////

/////

1

objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 8, 2008, are adopted in full; and

2. This action is dismissed without prejudice.

DATED: October 20, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] On October 9, 2008, petitioner filed an amended petition with his objections. The amended petition fails to comply with the court's July 27, 2007 order which informed petitioner that a habeas action must challenge the fact or duration of his custody. In his amended petition, petitioner's statement of facts continues to be disjointed; however, petitioner appears to be challenging his psychiatric assessment. This claim does not impact the duration of his custody.