IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. WEDGEWORTH,

Petitioner,                          No. CIV S-07-1131 FCD DAD P

vs.

SALINAS VALLEY STATE PRISON,
et al.,

Respondents.                    ORDER

_____/

Petitioner's application for writ of habeas corpus was dismissed without prejudice on October 21, 2008. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: November 24, 2008.

Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wed1131.158